Abraham N. Goldman, SBN 102080
ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
Post Office Box 120 / 12896 Rices Crossing Road
Oregon House, CA 95962-0120
Tel.: (530) 692-2267
Fax: (530) 692-2543
E-mail: agoldman@succeed.net

Attorney for Plaintiff
ROB DELSMAN

FILED

E-filing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ROB DELSMAN,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY,

    Defendant.

Case No.: CV 09 2414 SBA

COMPLAINT FOR
1. DISCRIMINATION AND RETALIATION IN VIOLATION OF THE ADA;
2. DISCRIMINATION AND RETALIATION IN VIOLATION OF CALIFORNIA FEHA

JURY TRIAL DEMANDED

    Plaintiff, ROB DELSMAN, ("DELSMAN"), complains and alleges as follows:

## JURISDICTION

    1. This Court has subject-matter jurisdiction over this federal question action under 28 U.S.C. §1331 and §1343 because it seeks, inter alia, damages under The Americans with Disabilities Act, of 1990, ("ADA"), as amended. Further, jurisdiction is proper based upon the complete diversity of the parties.

    2. Plaintiff has exhausted his prefiling federal and state law remedies, by filing and serving complaints with the United States EEOC and California DFEH, and has received Notices of Right to Sue for these claims.

    3. The Right to Sue Notice from the EEOC on each claim under the ADA

COMPLAINT FOR DISCRIMINATION AND RETALIATION IN VIOLATION OF ADA AND CALIF. FEHA

1

1 alleged below was received by plaintiff on or after March 3, 2009, and this action is
2 filed within 90 days of said receipt.

## VENUE

4. This Court is a proper venue for this action under 28 U.S.C. §1391 because the claims alleged herein arose within this District, plaintiff resides in this District, defendant is a foreign corporation incorporated and with its principal offices located outside of California, and defendant does business in and is found in this District.

## THE PARTIES

5. During all times relevant to this Complaint, plaintiff DELSMAN was and is a United States citizen, residing in Eureka, California.

6. During all times relevant, defendant GENERAL ELECTRIC COMPANY ("GE"), is a New York corporation with its main offices in Schenectady, New York.

## EXHAUSTION OF REMEDIES

7. On or about March 21, 2006, plaintiff filed EEOC charge number 550-2006-00267 against GE, alleging discrimination for failure to provide reasonable accommodations, harassment by plaintiff's supervisor, and exhaustion of GE's internal remedies. A copy of EEOC charge No. 550-2006-00267 is attached as Exhibit A, and incorporated herein.

8. EEOC charge No. 550-2006-00267 was cross-filed with the DFEH, which issued a Right to Sue letter on March 28, 2006, which, by operation of law, was tolled until the issuance of the EEOC Right to Sue letter, as alleged above in paragraph 3.

9. On or about July 5, 2006, plaintiff filed EEOC charge No. 550-2006-01395 against GE, alleging retaliation in violation of the ADA and the FEHA, and exhaustion of GE's internal remedies. A copy of EEOC charge No. 550-2006-01395 is attached as Exhibit B, and incorporated herein.

10. EEOC charge No. 550-2006-01395 was cross-filed with the DFEH, which issued a Right to Sue letter on July 12, 2006, which, by operation of law, was

COMPLAINT FOR DISCRIMINATION AND RETALIATION IN VIOLATION OF ADA AND CALIF. FEHA

tolled until the issuance and receipt of the EEOC Right to Sue letter, as alleged above in paragraph 3.

11. On or about January 25, 2008, plaintiff filed EEOC charge number 550-2006-01218 against GE, amending and supplementing and alleging continuation of the discrimination charged in No. 550-2006-00267, the retaliation charged in 550-2006-01385, the harassment by plaintiff's supervisor, and exhaustion of GE's internal remedies, which continued through and including February 10, 2007, when plaintiff was discharged because of illegal retaliation in violation of the ADA and FEHA. A copy of EEOC charge No. 550-2006-01218 is attached as Exhibit C, and incorporated herein.

12. EEOC charge No. 550-2006-01218 was cross-filed with the DFEH, which issued a Right to Sue letter, which, by operation of law, was tolled until the issuance of the EEOC Right to Sue letters, as alleged above in paragraph 3.

## PLAINTIFF'S DISABILITY

13. Prior to 2006, plaintiff was significantly injured serving his country in the first Gulf War of 1990-1991.

14. Following plaintiff's injuries in the Gulf War, over the ensuing 10-15 years, plaintiff rehabilitated himself to being a fully productive working citizen.

15. Plaintiff began working for GE on or about 1996.

16. By approximately 2005, plaintiff's medical condition and physical disabilities had become worse, and by 2006, plaintiff required accommodations due to his medical condition/disability from one or more of the following, or combinations and/or co-morbidities thereof, which substantially limited one or more of plaintiff's major life activities and/or caused GE to regard plaintiff as such:

    a. Arthritis;

    b. Chronic pain;

    c. Complex Regional Pain Syndrome;

COMPLAINT FOR DISCRIMINATION AND RETALIATION IN VIOLATION OF ADA AND CALIF. FEHA

      d.  Sleep disorder;

      e.  Hearing Impediments;

      f.  Back Impairment;

      g.  Neck Impairment;

all of which was known to GE at all times relevant to this action.

17. Plaintiff requested GE for accommodations of these medical conditions, disabilities starting approximately in 2006.

18. GE intentionally, knowingly, maliciously and/or recklessly, with intent to injure plaintiff, discriminated against, harassed and retaliated against plaintiff, failed to provide reasonable accommodations, and failed to participate in a good faith interactive process to determine effective accommodations, in response to plaintiff's requests.

## FIRST CLAIM
## VIOLATION OF ADA

19. Plaintiff realleges and incorporates par. 1-18 above, and Exhibits A, B and C.

20. Defendant's acts and omissions are a legal cause of discrimination, harassment and retaliation, in violation of the ADA, and are a legal cause of injury and damage to plaintiff.

## SECOND CLAIM
## VIOLATION OF CALIFORNIA FEHA

21. Plaintiff realleges and incorporates paragraphs 1-20 above.

22. Defendant's acts and omissions as alleged above are a legal cause of discrimination, harassment, and retaliation in violation of the FEHA, and are a legal cause of injury and damage to plaintiff.

WHEREFORE, plaintiff prays for relief as set forth below.

## PRAYER

Plaintiff prays for Judgment his favor against defendant as follows:

1. For compensatory damages, in excess of $1,000,000;
2. For punitive damages in an amount in excess of $1,000,000.00;
3. For all relief available under the ADA and FEHA, including but not limited to, prejudgment interest, litigation costs and attorneys' fees.
4. For any other relief as the Court may find just and reasonable.

## JURY TRIAL DEMANDED

Plaintiff demands a jury trial.

Respectfully submitted,   ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.

Dated: May 29, 2009

_____
Abraham N. Goldman,
Attorney for Plaintiff
ROB DELSMAN

COMPLAINT FOR DISCRIMINATION AND RETALIATION IN VIOLATION OF ADA AND CALIF. FEHA



EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2006-00267 |

**California Department Of Fair Employment & Housing** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Rob Deisman | (707) 441-9495 | 07-23-1958 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3809 Little Fairfield St., Eureka, CA 95503 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GENERAL ELECTRIC CO | 500 or More | (916) 339-4521 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4608 Roseville Rd, Suite 112, N Highlands, CA 95660 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest / Latest: 03-09-2006
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in 1996. My current job title is Automation Specialist. From June 2005 to the present, I have requested reasonable accommodations from my employer. To date, none have been provided. From June 2005 to the present, I have been harassed by my supervisor, Scott Lafleur (Branch Manager). For example, he has unduly criticized my work performance and pressured me to resign. In December 2005, I complained to Peter Cavanaugh (GE Ombudsman) about the discrimination. To date, I have not seen any action taken on my complaint.

Respondent gave no reasons for its actions.

I believe that I have been discriminated against in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X 3/13/06  Date  /  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  MAR 21 2006<br>(month, day, year) |



EXHIBIT B

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2006-01395 |

**California Department of Fair \Employment and Housing** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Rob Deisman | (707) 441-9495 | 07-23-1958 |

Street Address: 3809 Little Fairfield St., Eureka, CA 95503

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GENERAL ELECTRIC CO. | 500 or More | (916) 339-4521 |

Street Address: 4608 Roseville Road, Suite 112, North Highlands, CA 95660

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 07-05-2006
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Respondent in 1996. My current job title is Automation Specialist. On March 9, 2006, I filed EEOC charge (No. 550-2006-00267), against Respondent, alleging denial of reasonable accommodation under ADA. Since filing this EEOC charge, Respondent has retaliated against me in that they have subjected me to different terms and conditions of employment. I live in Eureka, California and Respondent's office is located over 300 miles away, in North Highlands, California. Since March 10, 2006, Respondent changed my job description, adding "regular attendance" in the office as a job requirement. Respondent has instructed me to report to the North Highlands office three days a week. Manager Mr. Scott Lefleur informed me that if I did not quit, he would simply make me commute to the North Highlands office three days a week at my own expense until I did quit. Respondent then informed me that they will no longer pay my travel expenses to work. My direct company phone status has also been altered, preventing customers from directly contacting me and thus denying me business and income. I have also been denied a performance review in accordance with company policy and procedure. I complained about these different terms and conditions of employment to Human Resources Manager Mr. Brad Greene, and Regional Manager Mr. Jim Hibberd. No corrective actions were taken.

Respondent's stated reasons for my new terms and conditions of employment were business necessity.

I believe I have been retaliated against by Respondent for engaging in protected activity.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

07/05/06 — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

**RECEIVED JUL 05 2006 EEOC-SFDO**



EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2008-01218 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Robert A. Deisman | [redacted] | |

| Street Address | City, State and ZIP Code |
|---|---|
| 3809 Little Fairfield Street, Eureka, CA 95503 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GENERAL ELECTRIC CORPORATION | 500 or More | (916) 339-4525 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4608 Roseville, North Highlands, CA 95660 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 02-10-2007

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I filed 2 EEOC charges (#550-2006-00287 & #550-2008-01385) alleging disability discrimination (lack of reasonable accommodations, disparate terms and conditions, and harassment) and retaliation. These mistreatments continued until my discharge on or around 02/10/2007.

I believe Respondent has retaliated against me in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY — When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

RECEIVED
JAN 2 5 2008
EEOC-SFDO

Date: x/1t/08       Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)