UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROB DELSMAN

           Plaintiff(s),          CASE NO. CV-09-02414 SBA

    v.

GENERAL ELECTRIC          STIPULATION AND [~~PROPOSED~~]
COMPANY                               ORDER SELECTING ADR PROCESS
           Defendant(s).

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☐ other requested deadline _____

Dated: August 19, 2009                  /S/ Abraham N. Goldman
                                               Attorney for Plaintiff
                                               ROB DELSMAN

Dated: August 19, 2009                  /S/ Constance E. Norton
                                               Attorney for Defendant
                                               GENERAL ELECTRIC
                                               COMPANY

I hereby attest that the content of this document is acceptable all persons required to sign this document.

Dated: August 19, 2009                  /S/ Constance E. Norton
                                               Attorney for Defendant General Electric
                                               Company

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: 8/20/09

_Sandra B. Armstrong_
UNITED STATES DISTRICT JUDGE

Firmwide:91041230.1 059100.1005

American LegalNet, Inc.
www.USCourtForms.com