# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ROB DELSMAN

                Plaintiff(s),

v.

GENERAL ELECTRIC
COMPANY

                Defendant(s).
_____ /

CASE NO. CV-09-02414 SBA

**STIPULATION AND ORDER
SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____

Dated: August 19, 2009                            /S/ Abraham N. Goldman
                                                                   Attorney for Plaintiff
                                                                    ROB DELSMAN

Dated: August 19, 2009                            /S/ Constance E. Norton
                                                                    Attorney for Defendant
                                                                    GENERAL ELECTRIC
                                                                    COMPANY

I hereby attest that the content of this document is acceptable to all persons required to sign this document.

Dated: August 19, 2009                            /S/ Constance E. Norton
                                                                    Attorney for Defendant General Electric
                                                                    Company

American LegalNet, Inc.
www.USCourtForms.com

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
☒ Mediation
☐ Private ADR

Deadline for ADR session
☒ 90 days from the date of this order.
☐ other _____

IT IS SO ORDERED.

Dated: 8/25/09

*Saundra B Armstrong*
UNITED STATES DISTRICT JUDGE
Hon. Saundra B. Armstrong

Firmwide:91041230.1 059100.1005

American LegalNet, Inc.
www.USCourtForms.com