1  Abraham N. Goldman, CA Bar No. 102080
   agoldman@succeed.net
2  ABRAHAM N. GOLDMAN & ASSOCIATES LTD
   PO Box 120 / 12896 Rices Crossing Road
3  Oregon House, CA 95962-0120
   Telephone:  530.692.2267
4  Facsimile:  530.692.2543

5  Attorneys for Plaintiff
   ROB DELSMAN
6
   J. Mark Ogden, CA Bar No. 159085
7  mogden@littler.com
   LITTLER MENDELSON P.C.
8  2425 E. Camelback Road, Suite 900
   Phoenix, Arizona 85016
9  Telephone:  602.474.3600
   Facsimile:  602.957.1801
10
   Constance E. Norton, CA Bar No. 146365
11 cnorton@littler.com
   LITTLER MENDELSON
12 A Professional Corporation
   650 California Street
13 20th Floor
   San Francisco, CA 94108.2693
14 Telephone:  415.433.1940

15 Attorneys for Defendant
   GENERAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB DELSMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>　　　　　Defendant. | Case No. CV 09-2414 SBA<br><br>**STIPULATION AND ORDER FOR ENLARGEMENT OF TIME TO FILE RULE 26(F) REPORT**<br><br>COMPLAINT FILED:　June 1, 2009<br>TRIAL DATE:　　　　No date set. |

　　　　　WHEREAS on or about June 25, 2009, the Court, on its own notice, continued the Initial Case Management Conference from September 9, 2009 to September 30, 2009;

　　　　　WHEREAS the Case Management Statement and Rule 26(f) Report and disclosures were originally all due to be filed on September 2, 2009;

STIPULATION AND [PROPOSED] ORDER FOR ENLARGEMENT OF TIME TO FILE RULE 26(F) REPORT　　　　Case No. CV 09-2414 SBA

WHEREAS the new filing deadline for the parties' Case Management Statement is September 18, 2009;

WHEREAS the date the parties must file the Rule 26(f) Report and make disclosures remains September 2, 2009;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel of record, that the date to file the Rule 26(f) Report and make disclosures be continued to September 18, 2009.

**IT IS SO STIPULATED.**

Dated: August 20, 2009                                Respectfully submitted,


*/s/ Abraham N. Goldman*
Abraham N. Goldman
ABRAHAM N. GOLDMAN &
ASSOCIATES LTD
Attorneys for Plaintiff
ROB DELSMAN

Dated: August 20, 2009                                Respectfully submitted,


*/s/ Constance E. Norton*
J. Mark Ogden
Constance E. Norton
LITTLER MENDELSON P.C.
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

I certify that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.

**IT IS SO ORDERED:**

Dated: 8/25/09

*Saundra B. Armstrong*
HON. SAUNDRA B. ARMSTRONG
United States District Court Judge

Firmwide:91638313.1 059100.1005

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER FOR
ENLARGEMENT OF TIME TO FILE RULE 26(F) REPORT    2.    Case No. CV 09-2414 SBA