Abraham N. Goldman, CA Bar No. 102080
agoldman@succeed.net
ABRAHAM N. GOLDMAN & ASSOCIATES LTD
PO Box 120 / 12896 Rices Crossing Road
Oregon House, CA  95962-0120
Telephone:    530.692.2267
Facsimile:    530.692.2543

Attorneys for Plaintiff
ROB DELSMAN

J. Mark Ogden, CA Bar No. 159085
mogden@littler.com
LITTLER MENDELSON P.C.
2425 E. Camelback Road, Suite 900
Phoenix, Arizona  85016
Telephone:    602.474.3600
Facsimile:    602.957.1801

Constance E. Norton, CA Bar No. 146365
cnorton@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940

Attorneys for Defendant
GENERAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB DELSMAN,<br><br>            Plaintiff,<br><br>      v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>            Defendant. | Case No.  CV 09-2414 SBA<br><br>**STIPULATION AND ORDER FOR ENLARGEMENT OF TIME TO FILE RULE 26(F) REPORT**<br><br>COMPLAINT FILED:    June 1, 2009<br>TRIAL DATE:             No date set. |

   WHEREAS on or about June 25, 2009, the Court, on its own notice, continued the Initial Case Management Conference from September 9, 2009 to September 30, 2009;

   WHEREAS the Case Management Statement and Rule 26(f) Report and disclosures were originally all due to be filed on September 2, 2009;

1  WHEREAS the new filing deadline for the parties' Case Management Statement is
2  September 18, 2009;

3  WHEREAS the date the parties must file the Rule 26(f) Report and make disclosures
4  remains September 2, 2009;

5  IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their
6  respective counsel of record, that the date to file the Rule 26(f) Report and make disclosures be
7  continued to September 18, 2009.

**IT IS SO STIPULATED.**

Dated: August 20, 2009                         Respectfully submitted,


                                               */s/ Abraham N. Goldman*
                                               Abraham N. Goldman
                                               ABRAHAM N. GOLDMAN &
                                               ASSOCIATES LTD
                                               Attorneys for Plaintiff
                                               ROB DELSMAN


Dated: August 20, 2009                         Respectfully submitted,


                                               */s/ Constance E. Norton*
                                               J. Mark Ogden
                                               Constance E. Norton
                                               LITTLER MENDELSON P.C.
                                               Attorneys for Defendant
                                               GENERAL ELECTRIC COMPANY

I certify that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.

**IT IS SO ORDERED:**


Dated: 8/25/09                                 _____
                                               HON. SAUNDRA B. ARMSTRONG
                                               United States District Court Judge

Firmwide:91638313.1 059100.1005

STIPULATION AND [PROPOSED] ORDER FOR
ENLARGEMENT OF TIME TO FILE RULE 26(F) REPORT         2.              Case No. CV 09-2414 SBA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940