ABRAHAM N. GOLDMAN, SBN 102080
ABRAHAM N. GOLDMAN & ASSOCIATES LTD
Post Office Box 120
12896 Rices Crossing Road
Oregon House, CA 95962-0120
Telephone: (530) 692-2267
Facsimile: (530) 692-2543
E-mail: agoldman@succeed.net

Attorneys for Plaintiff
ROB DELSMAN

CONSTANCE E. NORTON, CA Bar No9. 146365
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Telephone: (415) 433-1940
Email: cnorton@littler.com

Attorneys for Defendant
GENERAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB DELSMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>　　　　　Defendant. | Case No. 09-cv-02414 SBA<br><br>**STIPULATED ORDER VACATING PRE-TRIAL DEADLINES & TRIAL DATE**<br><br>Courtroom: 1, 4th Floor<br>Judge: Honorable Saundra B. Armstrong<br>Trial Date: September 27, 2010<br>COMPLAINT FILED: June 1, 2009 |

TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

TAKE NOTICE THAT THE undersigned counsel of record for plaintiff and defendant hereby stipulate and request that the Court enter the following order forthwith:

The parties jointly and respectfully request that:

(1) Fact discovery cut-off and expert disclosure be continued from April 15, 2010 to September 15, 2010;

(2) Expert discovery cut-off date be continued from May 28, 2010 to October 15, 2010;

(3) The dispositive motion hearing cut-off date be continued from June 8, 2010 to November 1, 2010;

(4) That the Court vacates and resets mandatory settlement conference of July 22, 2010, pretrial conference date of September 14, 2010 and trial date of September 27, 2010;

This request is supported by the following:

1. Discovery has been delayed due to reasons which are good cause for the continuance proposed;

2. Mediation was held in this case on October 28, 2009;

3. Prior to the Mediation, discovery had not been vigorously pursued to allow for better chances at early settlement at mediation;

4. On Wednesday, November 25, 2009, the day before Thanksgiving, plaintiff's eldest son, Rob Delsman, III, unexpectedly died;

5. During the same timeframe of Mr. Delsman's mourning and grief, plaintiff's counsel, Abraham Goldman has had a significant amount of his time unavoidably taken from his law practice due to the discovery that his two minor children, a 15-year-old daughter and a 14-year-old son, had been sexually molested some years prior by a baby-sitter who was regularly employed during Mrs. Goldman's treatment and recovery from breast cancer. The discovery of these events resulted in a tremendous amount of Mr. Goldman's time being spent with his family, his children's well being, care and treatment, special therapeutic programs, and cooperation with the County Victim Witness Programs, Sheriff and District Attorney, fighting uncooperative insurers, and applications to the California Victim's Compensation fund;

6. The combination of these events significantly hindered plaintiff's ability to respond to defendant's discovery, and to initiate plaintiff's discovery, thus forming the foundation for this requested continuance.

7. Neither party has thus far unduly delayed the progress of this case. Both parties have litigated this matter in good faith by exchanging initial disclosure and by participating in the Court's mediation program.

8. For the above-listed reasons, the parties respectfully request that the dates set forth above be reset as stipulated by the parties, and the Court reset the settlement conference, pretrial and trial dates as meets the Court's availability.

//

Respectfully submitted,

Dated: February 25, 2010  ABRAHAM N. GOLDMAN & ASSOCIATES LTD.

*/s/ Abraham N. Goldman*
ABRAHAM N. GOLDMAN
Attorney for Plaintiff ROB DELSMAN

Dated: February 25, 2010  LITTLER MENDELSON P.C.

*/s/ Constance E. Norton*
CONSTANCE E. NORTON
J. MARK OGDEN
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

Based upon the stipulation of the parties, and good cause appearing, it is SO ORDERED. All of the deadlines listed in the Court Order for Pretrial Preparation (Docket No. 19) are hereby vacated. New dates are as follows:

(1) Fact discovery cut-off and expert disclosure: September 15, 2010;

(2) Expert discovery cut-off: October 15, 2010;

(3) Dispositive motion cut-off date: November 1, 2010;

(4) Settlement Conference: Between 11/1/10 and 1/3/11;

(5) Pretrial Conference: 1/25/11 at 1:00 p.m.;

(6) Trial Date: 2/7/11 at 8:30 a.m.

Dated: 3/2/10

_____
SAUNDRA B. ARMSTRONG
United States District Judge

ABRAHAM N. GOLDMAN &
ASSOCIATES, Ltd..

STIPULATED [PROPOSED] ORDER
VACATING PRE-TRIAL DEADLINES &
TRIAL DATE

Case No. 09-cv-02414 SBA