1   ABRAHAM N. GOLDMAN, SBN 102080
    ABRAHAM N. GOLDMAN & ASSOCIATES LTD
2   Post Office Box 120
    12896 Rices Crossing Road
3   Oregon House, CA  95962-0120
    Telephone:  (530) 692-2267
4   Facsimile:   (530) 692-2543
    E-mail:  agoldman@succeed.net
5

6   Attorneys for Plaintiff
    ROB DELSMAN
7

8   CONSTANCE E. NORTON, CA Bar No9. 146365
    LITTLER MENDELSON, P.C.
9   650 California Street, 20th Floor
    San Francisco, CA 94108-2693
10  Telephone:  (415) 433-1940
    Email: cnorton@littler.com
11

12  Attorneys for Defendant
    GENERAL ELECTRIC COMPANY
13

14

15                   UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17  ROB DELSMAN,                     Case No.  09-cv-02414 SBA

18              Plaintiff,           **STIPULATED ORDER VACATING PRE-TRIAL DEADLINES & TRIAL DATE**

19       v.
                                     Courtroom:  1, 4th Floor
20  GENERAL ELECTRIC COMPANY,        Judge:       Honorable Saundra B. Armstrong
                                     Trial Date:   September 27, 2010
21              Defendant.           COMPLAINT FILED:  June 1, 2009

22

23       TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

24       TAKE NOTICE THAT THE undersigned counsel of record for plaintiff and defendant

    hereby stipulate and request that the Court enter the following order forthwith:
25
         The parties jointly and respectfully request that:
26
         (1)   Fact discovery cut-off and expert disclosure be continued from April 15, 2010 to
27
    September 15, 2010;
28
         (2)   Expert discovery cut-off date be continued from May 28, 2010 to October 15, 2010;

(3)   The dispositive motion hearing cut-off date be continued from June 8, 2010 to November 1, 2010;

(4)   That the Court vacates and resets mandatory settlement conference of July 22, 2010, pretrial conference date of September 14, 2010 and trial date of September 27, 2010;

This request is supported by the following:

1.      Discovery has been delayed due to reasons which are good cause for the continuance proposed;

2.      Mediation was held in this case on October 28, 2009;

3.      Prior to the Mediation, discovery had not been vigorously pursued to allow for better chances at early settlement at mediation;

4.      On Wednesday, November 25, 2009, the day before Thanksgiving, plaintiff's eldest son, Rob Delsman, III, unexpectedly died;

5.      During the same timeframe of Mr. Delsman's mourning and grief, plaintiff's counsel, Abraham Goldman has had a significant amount of his time unavoidably taken from his law practice due to the discovery that his two minor children, a 15-year-old daughter and a 14-year-old son, had been sexually molested some years prior by a baby-sitter who was regularly employed during Mrs. Goldman's treatment and recovery from breast cancer.  The discovery of these events resulted in a tremendous amount of Mr. Goldman's time being spent with his family, his children's well being, care and treatment, special therapeutic programs, and cooperation with the County Victim Witness Programs, Sheriff and District Attorney, fighting uncooperative insurers, and applications to the California Victim's Compensation fund;

6.      The combination of these events significantly hindered plaintiff's ability to respond to defendant's discovery, and to initiate plaintiff's discovery, thus forming the foundation for this requested continuance.

7.      Neither party has thus far unduly delayed the progress of this case.  Both parties have litigated this matter in good faith by exchanging initial disclosure and by participating in the Court's mediation program.

8.      For the above-listed reasons, the parties respectfully request that the dates set forth above be reset as stipulated by the parties, and the Court reset the settlement conference, pretrial and trial dates as meets the Court's availability.

//

Respectfully submitted,

ABRAHAM N. GOLDMAN &
ASSOCIATES, Ltd.

STIPULATED [PROPOSED] ORDER
VACATING PRE-TRIAL DEADLINES &
TRIAL DATE

Case No. 09-cv-02414 SBA

Dated:  February 25, 2010                    ABRAHAM N. GOLDMAN & ASSOCIATES LTD.

                                             */s/ Abraham N. Goldman*
                                             ABRAHAM N. GOLDMAN
                                             Attorney for Plaintiff  ROB DELSMAN

Dated:  February 25, 2010                    LITTLER MENDELSON P.C.

                                             */s/ Constance E. Norton*
                                             CONSTANCE E. NORTON
                                             J. MARK OGDEN
                                             Attorneys for Defendant
                                             GENERAL ELECTRIC COMPANY


        Based upon the stipulation of the parties, and good cause appearing, it is SO ORDERED.

All of the deadlines listed in the Court Order for Pretrial Preparation (Docket No. 19) are hereby

vacated.  New dates are as follows:

    (1)  Fact discovery cut-off and expert disclosure:   September 15, 2010;

    (2)  Expert discovery cut-off:  October 15, 2010;

    (3)  Dispositive motion cut-off date:  November 1, 2010;

    (4)  Settlement Conference:  Between 11/1/10 and 1/3/11;

    (5)  Pretrial Conference:  1/25/11 at 1:00 p.m.;

    (6)  Trial Date: 2/7/11 at 8:30 a.m.

Dated:  3/2/10                    _____
                                  SAUNDRA B. ARMSTRONG
                                  United States District Judge

STIPULATED [PROPOSED] ORDER
VACATING PRE-TRIAL DEADLINES &                    Case No. 09-cv-02414 SBA
TRIAL DATE