J. MARK OGDEN, Bar No. 017018
CONSTANCE E. NORTON, Bar No. 146365
ALEXIS A. SOHRAKOFF, Bar. No. 273410
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:     415.433.1940
Facsimile:     415.399.8490

Attorneys for Defendant
GENERAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROB DELSMAN,<br><br>                    Plaintiff,<br><br>    v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>                Defendants. | Case No.  CV-09-02414 SBA<br><br>~~[PROPOSED]~~ ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE PURSUANT RULE 41(B).<br><br>Date:     March 13, 2012<br>Time:    1:00 p.m.<br>Ctrm.:   1, 4th Floor<br>Judge:   Hon. Saundra Brown Armstrong<br><br>COMPLAINT FILED:  June 1, 2009<br>TRIAL DATE:      July 9, 2012 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION

Case No.  CV-09-02414 SBA

This matter comes before the Court on Defendant General Electric Company's ("Defendant") motion to dismiss with prejudice the claims of Plaintiff Robert Delsman ("Plaintiff"). On October 28, 2011, Defendant filed a Motion to Dismiss Plaintiff's Complaint for Failure to Prosecute, or, Alternatively, to Stay Litigation. (Dkt. 39).   Plaintiff's response was due by November 11, 2011.  Plaintiff failed to respond to the motion by this deadline.  This Court *sua sponte* afforded Plaintiff an additional opportunity to oppose Defendant's motion to dismiss, and ordered that Plaintiff should file his response no later than February 16, 2012. (Dkt. 40).  This Court warned that "the failure to file an opposition by the deadline set by the court will be deemed grounds for dismissing the action under Rule 41(b), without further notice."  (Dkt. 40).   On February 16, 2012, Plaintiff responded that he and the Practice Administrator, David Springfield, "do not oppose the motion to dismiss; agree and request that this Court does dismiss this action at this time."  (Dkt. 43).  Plaintiff gave his informed consent to dismiss this civil action. *Id.*

Having considered the foregoing, the Court hereby dismisses this case WITH PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED:  2/22/12 _____                  _Sandra B Armstrong_____

                                                 HON. SAUNDRA B. ARMSTRONG

Firmwide:109416883.1 059100.1005

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION

2.